UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAY LEE JONES,

                        Plaintiff,

    -against-

YUMMY BAZAAR, INC.,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/18/2025__

24 Civ. 10040 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' proposed consent decree.  Consent Decree, ECF No. 9-1.  By **February 24, 2025**, the parties shall submit a revised consent decree that (1) limits the Court's continuing jurisdiction over this matter to 12 months and (2) includes Plaintiff's dated signature.  Furthermore, as the Court will not enforce any agreement whose terms do not appear on the public record, *see* Rule IV(C) of the Court's Individual Practices in Civil Cases, the parties are directed to either (1) specify what "additional consideration" Defendant has agreed to provide Plaintiff, Consent Decree ¶ 22, or remove that provision from the proposed consent decree.

      Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case and delete "on behalf of himself and all others similarly situated" from the case caption.

      SO ORDERED.

Dated: February 18, 2025
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge